# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JADEN INVESTMENT TRUST,

    Plaintiff(s),

v.

DEUTSCHE BANK, AG, et al.,

    Defendant(s).

2:14-CV-152 JCM (GWF)

## ORDER

Presently before the court is the matter of *Jaden Investment Trust v. Deutsche Bank, AG, et al.*, case no. 2:14-cv-152-JCM-GWF. Petitioner seeks to register a foreign judgment pursuant to 28 U.S.C. § 1738 obtained in the "Shaykamaxum Grand Supreme Court of Atlan/Amexem Al Moroc NW," which is headed by "Supreme Chief Viceroy Righteous Vindicator Illudah Abraham Bey Isra'el I" and apparently located somewhere in Pennsylvania. (*See* doc. # 3; *see also* www.shaykamaxumrepublic.webs.com).

Unfortunately for petitioner, the Full Faith and Credit Clause of the United States Constitution does not extend to judgments obtained in fictional sovereigns.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's motion for writ of execution (doc. # 3) be, and the same hereby is, DENIED.

DATED January 29, 2014.

                                        */s/ James C. Mahan*
                                        UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**